912 F.2d 468
 Excess Ins. Co., Ltd., Phoenix Assur. Co., Ltd., Phoenix
Assur. Co., British Aviation Ins. Co., Ltd., Threadneedle
Ins. Co., Ltd., Trident Ins. Co., Ltd., Scottish Lion Ins.
Co., Ltd., Mentor Ins. Co., Ltd., Per Mentor Underwriting
Agents (UK), Ltd., London & Hull Maritime Ins. Co., Ltd.,
Bishopgate Ins. Co., Ltd., River Thames Ins. Co., Ltd.,
River Trans. & Gen. Ins. Co., Ltd., Ulter Marine Ins. Co.,
Ltd., Andrew Weir Ins. Co., Provintial Ins. Co. Ltd., British Law
 NO. 87-3858
 United States Court of Appeals,
Ninth Circuit.
 AUG 30, 1990
 Appeal From: D.Alaska
 
 1
 AFFIRMED.